| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 73, |
| SANTIAGO RICARDO NARVAIZ | * | September Term, 2020 |

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Santiago Ricardo Narvaiz, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement in 90 days for violations of Rules 1.1, 1.3, 1.4, 1.15, 1.16, and 8.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rules 19-404, 19-407, 19-408, and 19-410, it is this 23rd day of February, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Santiago Ricardo Narvaiz, be indefinitely suspended from the practice of law in the State of Maryland, that effective 60 days from the date of this Order, with the right to petition for reinstatement after 90 days; and it is further

**ORDERED**, that, 60 days from the date of this Order, the Clerk of this Court shall remove the name of Santiago Ricardo Narvaiz from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk